MCGREGOR W. SCOTT
United States Attorney
DEBORAH L. STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8929
    Facsimile: (415) 744-0134
    Email: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| KRISTIN CARTER, | Case No.: 2:17-cv-01518-KJN |
| Plaintiff, | **STIPULATION & ORDER TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between plaintiff Kristin Carter (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (the Commissioner or Defendant), through their respective counsel of record, and with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

The Appeals Council will remand the case to an administrative law judge (ALJ). On remand, the Appeals Council will instruct the ALJ to further consider the medical opinion

Stipulation & PO
2:17-cv-01518-KJN

evidence, to reevaluate Plaintiff's residual functional capacity as appropriate, to obtain supplemental vocational expert testimony if necessary, and to issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: February 26, 2018　　　LAW OFFICES OF PAUL H. SALTZEN

By: */s/ Paul H. Saltzen*\*
PAUL H. SALTZEN
Attorneys for Plaintiff
[*As authorized by e-mail on Feb. 23, 2018]

Dated: February 27, 2018　　　MCGREGOR W. SCOTT
United States Attorney

By: */s/ Margaret Branick-Abilla*
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation (ECF No. 11), IT IS HEREBY ORDERED that:

1. The final decision of the Commissioner is REVERSED and the action is REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

2. The Clerk of Court shall close this case.

Dated: February 27, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stipulation & PO
2:17-cv-01518-KJN